*In re* RAYMOND DURAND VILLAR.

*Número:* TS-4576          *Resuelto:* 12 de mayo de 2006

*Salvador J. Antonetti Stutts*, procurador general, *Minnie H. Rodríguez López*, procuradora general auxiliar, y *Maite D.*

*Oronoz Rodríguez*, subprocuradora general; *José M. Montalvo Trías*, director ejecutivo del Colegio de Abogado de Puerto Rico; *Marla D. Ríos Díaz*, directora auxiliar de la Oficina de Inspección de Notarías; *Raymond Durand Villar*, peticionario.

## RESOLUCIÓN

Examinada la moción de reinstalación, presentada por Raymond Durand Villar, así como las comparecencias del Procurador General de Puerto Rico, del Colegio de Abogados de Puerto Rico y de la Oficina de Inspección de Notarías, *se ordena la reinstalación de éste al ejercicio de la abogacía.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Fuster Berlingeri no intervino.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*